BEFORE THE THIRD DIVISION, JANUARY 2, 1941

**No. 45088.**—Protest 759904–G/82913 of Seagram Distillers Corp. (Chicago).

Opinion by CLINE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 45089.**—Protest 34203–K of American Express Co. (Boston).

Opinion by CLINE, J. When the case was called for trial there was no appearance on the part of the plaintiff. As no evidence was produced to overcome the presumption of correctness attaching to the collector's action the protest was overruled.

**No. 45090.**—Protests 987470–G (A), etc., of Austin Nichols & Co., Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 3, 1941

**No. 45091.**—Protest 939620–G of O. E. Barrant (San Francisco).

Opinion by TILSON, J. The record showed that the merchandise consists of hand embroidered rayon shirts. They were held dutiable at 90 percent under paragraph 1529 (a) as claimed.

BEFORE THE THIRD DIVISION, JANUARY 3, 1941

**No. 45092.**—Protests 852672–G, etc., of Mon Hing & Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (C. D. 372) crude drugs were held entitled to free entry under paragraph 1669 and drugs, sliced, at 10 percent ad valorem under paragraph 34 as claimed.

**No. 45093.**—Protests 905358–G, etc., of Hong Kee Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (C. D. 372) crude drugs were held entitled to free entry under paragraph 1669 and drugs, sliced, at 10 percent ad valorem under paragraph 34 as claimed.

**No. 45094.**—Protests 39737–K, etc., of Kwong Yuen Shing et al. (New York).